USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

------------------------------------x

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02 Civ. 6977 (GBD) (SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02 Civ. 7236 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On January 14, 2020, the Ashton and Bauer Plaintiffs moved this Court to correct its previous award of partial final judgments to immediate family members of the September 11, 2001 decedents. (ECF No. 5525.)[1] The motion attaches Exhibit A, which lists immediate family members to decedents who have moved this Court to grant to them solatium damages.

Previously on September 23, 2019, Magistrate Judge Netburn held a telephone conference with plaintiffs, Defendant Dubai Islamic Bank, and Defendant Kingdom of Saudi Arabia, during which she explained to the parties that it is not a "legally proper position" for claimants to obtain judgments when they are not plaintiffs to the case. (*See* Tr. of Sept. 23, 2019 Telephone Conference at 3:16–22.)

Sheilah Bowden, listed as the parent of decedent Thomas Bowden, and Mary E. York Peled, listed as the sibling of decedent Kevin York, both appear not to be eligible for recovery because they are not named plaintiffs to the case. The plaintiffs are therefore directed to either (1) file a Notice of

---

[1] All citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN).

Amendment, adding these individuals as plaintiffs to the case, or (2) if either individual is in fact a named plaintiff, identify with specificity where her name can be found on the docket, in the Complaint, or in the Notice of Amendment.

In order for the plaintiffs to receive an order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should take these steps and submit a letter apprising this Court of Ms. Bowden and Ms. Peled's respective statuses no later than Friday, February 7, 2020.

Dated: February 5, 2020
   New York, New York

SO ORDERED.

FEB 0 5 2020

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

2