UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
 :
IN RE: :
 :
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 :
 :
---------------------------------- x

ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*Bauer, et al v. Al Qaeda Islamic*, 02 Civ. 07236 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court finds that *Bauer, et al v. Al Qaeda Islamic*, 02 Civ. 07236 (GBD) is related to the above caption case. The Bauer action is to be consolidated with the MDL, *In re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN). The Court refers the Bauer action to Magistrate Judge Sarah Netburn in accordance with the referral order in the MDL.

Dated: December 07, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge