UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2023

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Ashton, et al. v. al Qaeda Islamic Army, et al.</u>, No. 02-cv-06977
    <u>Burlingame, et al. v. bin Laden, et al.</u>, No. 02-cv-07230
    <u>Bauer, et al. v. al Qaeda Islamic Army, et al.</u>, No. 02-cv-07236

In October, plaintiffs from the Ryan, Maher, and Breitweiser families (collectively, "Plaintiffs") filed two motions for default judgment against the Taliban. <u>See</u> ECF No. 8626, 8638.[1] Since that time, plaintiffs on both motions have changed counsel and some have switched or clarified which member cases their claims are affiliated with. <u>See</u> ECF Nos. 8944, 8984, 8985. Because of these changes, adjudicating Plaintiffs' default judgment motions as filed could cause confusion. The Court therefore denies the Plaintiffs' motions with leave to re-file. The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 8626 and 8638, and the related motions in <u>Ashton</u>, No. 02-cv-06977, at ECF Nos. 1767 and 1773; <u>Burlingame</u>, No. 02-cv-07230, at ECF No. 248; and <u>Bauer</u>, No. 02-cv-07236, at ECF No. 189.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 7, 2023
                New York, New York

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.