**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW**
**YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), *Bauer* Plaintiffs herein move the

Court to allow substitution of the parties as identified on the attached Exhibit in the above

referenced actions.  Each individual being substituted into the case is the Personal

Representative of a deceased family member of an individual killed as a result of the terrorist

attacks on September 11, 2001 (a "9/11 decedent").

The Exhibit identifies the individuals to be substituted in the pleading, the names of the

substituting party, including the capacity in which they seek to be substituted, state of

residency of the deceased family member, the name of 9/11 decedent to which the plaintiff is

related to, their relationship to the 9/11 decedent, and the existing pleading that refers to the

plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, and to ease

the burden on the Clerk of the Court's Office due to the size of this MDL, that Plaintiffs'

Counsel be allowed to enter the substituted parties individually as Plaintiffs into the Court's

ECF system.

1

Dated: July 7, 2023                                   */s/ Dorothea M. Capone, Esq.*
                                                      Dorothea M. Capone
                                                      Baumeister & Samuels, P.C.
                                                      140 Broadway, 46th Floor
                                                      New York, NY 10005
                                                      Telephone (212) 363-1200
                                                      Email: tcapone@baumeisterlaw.com