# **Exhibit**

| Name of Deceased Plaintiff Member (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency | Named of 9/11 Decedent (Last Name, First Name) | Relationship to 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|---|
| Bauer, Robert G. | Bauer, Rosemary | Executor | TN | Bauer, II, Walter D. | Sibling | 03-md-1570, ECF 7400<br>02-cv-6977, ECF 1342<br>02-cv-7236, ECF 116<br>17-cv-2003, ECF 1 |
| Beatini, Thomas | Pickett, Jeffery | Executor | NJ | Beatini, Paul F. | Sibling | 03-md-1570, ECF 7401<br>02-cv-6977, ECF 1344<br>02-cv-7236, ECF 117<br>17-cv-2003, ECF 1 |
| Brennan, Anita | Brennan, John O.<br>and<br>Magee, Mary Beth | Co-Administrators | FL | Brennan, Thomas M. | Parent | 03-md-1570, ECF 7401<br>02-cv-6977, ECF 1344<br>02-cv-7236, ECF 117<br>17-cv-2003, ECF 1 |
| Carlino, Mary | DiVittorio, Leonard | Executor | NY | Carlino, Edward | Parent | 03-md-1570, ECF 7405<br>02-cv-6977, ECF 1345<br>02-cv-7236, ECF 118<br>17-cv-2003, ECF 1 |
| Carlino, Salvatore | DiVittorio, Leonard | Executor | NY | Carlino, Edward | Parent | 03-md-1570, ECF 7405<br>02-cv-6977, ECF 1345<br>02-cv-7236, ECF 118<br>17-cv-2003, ECF 1 |
| Powell, Anna | Reller, Teresa | Executrix | NY | Sisolak, Joseph | Parent | 03-md-1570, ECF 7412<br>02-cv-6977, ECF 1357<br>02-cv-7236, ECF 123<br>17-cv-2003, ECF 1 |
| Zisa, Josephine | Martie, Rosemary | Executrix | NJ | Zisa, Salvatore | Parent | 03-md-1570, ECF 7416<br>02-cv-6977, ECF 1360<br>02-cv-7236, ECF 126<br>17-cv-2003, ECF 1 |