USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), *Bauer* Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above referenced actions. Each individual being substituted into the case is either substituting the Personal Representative of a deceased individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent"), a deceased family member of a 9/11 decedent, or substituting the Personal Representative for a deceased family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency of at the time the complaint was filed, the 9/11 decedent to which the deceased family member is related to, and the existing pleading that refers to the plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system by to ease the burden on the Clerk of the Court's Office due to the size of this MDL.

Dated: April 16, 2025 */s/ Dorothea M. Capone, Esq.*
Dorothea M. Capone
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, NY 10005
Telephone (212) 363-1200
Email: tcapone@baumeisterlaw.com

# Exhibit A

| Personal Representative or Claimant | Name of Substitute Party | State of Residency | Relationship of Claimant to 9/11 Decedent | Named of 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|
| Marie Carlino, as Executrix of Edward Carlino, a 9/11 Decedent | Heidi Seelbach, as Administrator C.T.A. of the Estate of Edward Carlino, a 9/11 Decedent | NY | Court Appointed Public Administrator | Edward Carlino | 02-cv-7236, ECF 1<br><br>02-md-6977, ECF11-2<br><br>17-cv-2003, ECF 1 |
| Patricia A. Schlag | Jean Nebbia and Ellen Hughes, as Co-Executrixes of the Estate of Patricia A. Schlag, deceased | FL | Parent | Steven F. Schlag | 03-md-1570, ECF 8715-3<br><br>17-cv-2003, ECF 1 |
| Patricia A. Schlag as Executrix of the Estate of Donald Schlag, deceased | Jean Nebbia and Ellen Hughes as Co-Personal Representatives of the Estate of Donald Schlag, deceased | NJ | Parent | Steven F. Schlag | 03-md-1570, ECF 8715-3<br><br>ECF 8715-3 17-cv-2003, ECF |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 17, 2025
New York, New York

3