| | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | Notes |
| 1 | Joan | Z | Parker | | U.S. | Philip | L | Parker | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5, 6 | Spouse | N/A | 5073 at 3 | $12,500,000.00 | $37,500,000.00 | $37,500,000.00 | 9/11/2001 | | $ (62,585,711.73) | $ (25,085,711.73) | |
| 2 | Carol | A | Suarez | | U.S. | David | S | Suarez | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $25,500,000.00 | $25,500,000.00 | 9/11/2001 | | $ (42,558,283.98) | $ (17,058,283.98) | |
| 3 | Manuel | T | Suarez | | U.S. | David | S | Suarez | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $25,500,000.00 | $25,500,000.00 | 9/11/2001 | | $ (42,558,283.98) | $ (17,058,283.98) | |