UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE:                                   ORDER

TERRORIST ATTACKS ON            03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001

------------------------------------x

This document relates to:

    *Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 02-cv-6977 (GBD) (SN)
    *Bauer, et al. v. al Qaeda Islamic Army, et al.*, No. 02-cv-7236 (GBD) (SN)

## ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE TALIBAN FOR THE BAUER II PLAINTIFFS LISTED IN EXHIBITS A, B, AND C

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibit 1 move to correct this Court's October 28, 2024 Order. (ECF No. 10468.[1]) Previously, the Plaintiffs listed in Exhibits A, B, and C moved for an entry of partial final default judgment against Defendant the Taliban. (ECF No. 9843.) In the Court's order granting partial final judgment against the Taliban for the *Bauer II* Plaintiffs listed in Exhibits A, B, and C, it awarded treble damages to Plaintiffs listed in Exhibits B and C as shown in the Exhibits. (ECF No. 10468.) In response to Plaintiffs' request to specify in the text of the order that these Plaintiffs are awarded treble damages, the Court now clarifies its previous order at ECF No. 10468 and makes the following correction related to treble damages awarded to Plaintiffs listed in Exhibits B and C:

Upon consideration of the evidence and arguments set forth in the Declaration of Dorothea M. Capone, Esq. and the exhibits thereto (ECF No. 9844), and in light of the default judgment as

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).

to liability against the Taliban entered on May 12, 2006 (ECF No. 1797) and this Court's order establishing the Taliban's primary and aiding-and-abetting liability in the 9/11 Attacks and approving treble solatium damages under the Anti-Terrorism Act, 18 U.S.C. § 2333 (ECF No. 8973 (adopting R&R at ECF No. 8540, discussing complaint at ECF No. 1463)), together with the entire record in this case, including *Bauer II* Plaintiffs' prior default judgment awards against Defendant the Islamic Republic of Iran (see Exs. A, B, C, *infra*), and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibits B and C are awarded treble damages under the Anti-Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed.

To the extent the Clerk of Court did not already enter partial final default judgment for the Plaintiffs listed in Exhibits A, B, and C pursuant to the Court's previous order at ECF No. 10468, they are directed to do so. The Clerk of Court should not enter duplicate judgments. The Clerk of Court is further directed to close the motions at ECF No. 11061 in 03-md-1570, ECF No. 2296 in 02-cv-6977, and 316 in 02-cv-7236.

Dated: July 14, 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit 1

# EXHIBIT 1

### BAUER II PLAINTIFFS[1]

| Claimant Last Name | Claim First Name, Initial | 9/11 Decedent Last Name | 9/11 Decedent First Name, Initial | Relationship to 9/11 Victim | Damage Type Sought |
|---|---|---|---|---|---|
| Parker | Philip L. | n/a | n/a | Victim | Conscious, pain, and suffering and economic |
| Parker | Joan Z. | Parker | Philip L. | Spouse | Solatium |
| Parker | Stephanie Z. | Parker | Philip L. | Child | Solatium |
| Suarez | David S. | n/a | n/a | Victim | Conscious, pain, and suffering and economic |
| Suarez | Carol A. | Suarez | David S. | Parent | Solatium |
| Suarez | Manuel T. | Suarez | David S. | Parent | Solatium |
| Suarez | Bryan A. | Suarez | David S. | Sibling | Solatium |
| Carpenter | Kristen M. | Suarez | David S. | Sibling | Solatium |

---

[1] All Plaintiffs named are U.S. nationals.

# Exhibit A

9/11 Decedents' Estate

Conscious Pain and Suffering and Economic Damages

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Joan | Z. | Parker | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | 5470-2, filed under seal. | 1/8/20 | 5775 at 4 | $9,486,305.00 | $28,458,915.00 |
| 2 | Carol | A. | Suarez | | | | | | | | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | | | | 5470-2, filed under seal. | | | | |
| 3 | Manuel | T. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | | | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | | 1/8/20 | 5775 at 4 | $17,177,054.00 | $51,531,162.00 |

# Exhibit B

**Solatium Damages**

| | Plaintiff | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Joan | Z. | Parker | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Spouse | N/A | 5073 at 3 | $12,500,000.00 | $ 37,500,000.00 |
| 2 | Carol | A. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Manuel | T. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |

# Exhibit C

| | Plaintiffs | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Kristen | M. | Carpenter | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |
| 2 | Stephanie | Z. | Parker | U.S. | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Child | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Bryan | A. | Suarez | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |