

**McANDREW VUOTTO** LLC
ATTORNEYS AT LAW

Jonathan P. Vuotto, Esq.
jpv@mcandrewvuotto.com
Direct: (973) 532-6242

February 4, 2026

*__Via ECF__*

Hon. Sarah Netburn, U.S.M.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:  In re Terrorist Attacks on September 11, 2001**
             **Case No. 03 MDL 1570 (GBD)(SN)**

Dear Judge Netburn:

      This firm has been retained by Kristen Breitweiser, Individually and as Personal Representative of the Estate of Ronald M. Breitweiser, Caroline Breitweiser, Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan, Kristen Ryan and Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton (collectively, "Movants").

      On February 3, 2026, Movants filed three Motions to Substitute Attorney [ECF Nos. 11662, 11663 and 11664]. The Consent Orders submitted with each Motion as filed did not contain the signature of outgoing counsel (John F. Schutty, Esq.). Today, we received the signed documents from Mr. Schutty. The fully-signed Consent Orders are therefore being submitted herewith.

      Accordingly, Movants respectfully request that the Court sign and enter the Consent Orders so that the Substitutions may be effectuated.

      We thank the Court for its consideration of this letter and the enclosed Consent Orders.

           Respectfully submitted,

           */s/Jonathan P. Vuotto*
           Jonathan P. Vuotto

Enclosures